ACCEPTED
01-15-00792-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 8:14:44 AM
CHRISTOPHER PRINE
CLERK

**CASE NO.** 01-15-00792-CV
(Trial No. 2014-01773J)

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 8:14:44 AM
CHRISTOPHER A. PRINE
Clerk

**IN THE FIRST COURT OF APPEALS OF TEXAS AT HOUSTON**

_____

**IN THE INTEREST OF**
**C.C.F.; A.L.F.; D.P.F.; E.E.F.; B.E.H., JR.; AND R.F.B., CHILDREN, V.**
**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVER SERVICES**

_____

**TAMI BLEIMEYER (FRANK)'S MOTION TO ABATE APPEAL OR**
**ALTERNATIVELY MOTION TO EXTEND DEADLINES**

**TO THE FOURTEENTH COURT OF APPEALS:**

Now comes **APPELLANT, TAMI BLEIMEYER (FRANK)**, by and through her current attorney of record, Stephen Parten, in the above numbered and styled appeal, filing a **MOTION TO ABATE APPEAL OR ALTERNATIVELY A MOITON TO EXTEND DEADLINES for filing the Clerk's and Reporter's Records, and Briefs in the above referenced appeal.**

A Final Judgment has not yet been entered and/or signed by the Trial Court, for which there is an entry date of October 6, 2015.

Additionally, the undersigned attorney is withdrawing as the attorney for **TAMI BLEIMEYER (FRANK)** for which an order has not been signed by the Trial Court, but for which a hearing is set for October 6, 2015, and at least one other party, Appellant Bradley Bleimeyer, is without an attorney to represent him

1

in the appeal based upon the filing of a Motion to Withdraw by his Court Appointed Attorney, which also has apparently not been signed, but is also set for October 6, 2015, before the Trial Court.

Stephen Parten prays his request for relief be granted.

Attorney for **Tami Bleimeyer (Frank)**
Law Office of Stephen Parten
23221 Aldine Westfield, Suite 716
Spring, Texas 77373
(281) 288-2818/Facsimile: (888) 409-0832

*/s/ Stephen Parten*
By Stephen Parten, SBN 15549500
Email: lawfirmparten@sbcglobal.net

## CERTIFICATE OF SERVICE

Pursuant to Rule 21a, Texas Rules of Civil Procedure, and Rule 9.5, Texas Rules of Appellate Procedure, the undersigned Attorney sent a copy of the above

**TAMI BLEIMEYER (FRANK)'S MOTION TO ABATE APPEAL OR ALTERNATIVELY MOTION TO EXTEND DEADLINES**

to the **following attorneys and party of interest in this appeal**:

Lindsay Lutterbie
Assistant County Attorney
EService/Efiling

Sean T. McAlister
Attorney and Guardian Ad Litem for the Children
EService/Efiling

Douglas R. York
Attorney for Father, Bradley Bleimeyer
EService/Efiling

J.B. Lee Bobbitt
Attorney for Father, Greg Lamar Ashford
EService/Efiling

Michael F. Craig
Attorney for Father, Kevin Charles Frank
EService/Efiling

William Joseph Dunne and Karen Dunne
Email: kare.37830@yahoo.com/ EService/Efiling

Eric Hanson Bolton
Email: Boeric052@gmail.com/ EService/Efiling

Golda R. Jacob
Attorney & Guardian Ad Litem for Children
EService/Efiling

Tami Bleimeyer (Frank)
Email teliz801@gmail.com

to the above as indicated on this 30th day of September 2015.

*/s/ Stephen Parten*
_____ _____
Stephen Parten